# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| KIRK RAMEY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Civil Action No. 1:25-cv-11904-ADB |
| v. | ) | |
| | ) | |
| BETA BIONICS, INC. | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT

Defendant Beta Bionics, Inc. ("Beta" or "Defendant"), with the assent of Plaintiff Kirk Ramey ("Plaintiff"), respectfully requests that this Court extend the deadline for Beta to respond to Plaintiff's Amended Complaint.  As grounds, Defendant states as follows:

1.       On December 10, 2025, Plaintiff filed his Amended Complaint.  Defendant moved to dismiss the Amended Complaint, which motion was denied by this Court on May 11, 2026. Defendant's current deadline to respond to the Amended Complaint is May 26, 2026.

2.       Given holiday schedules and Defendant's counsel's various other work commitments, Defendant seeks additional time to file its answer to the Amended Complaint. Specifically, Defendant seeks until June 16, 2026 to file its answer.

3.       Plaintiff has assented to Defendant's request to extend the time to file its answer.

WHEREFORE, Defendant respectfully requests that the Court reset the deadline for Defendant's answer to the Amended Complaint to June 16, 2026.

1

Respectfully submitted,

**BETA BIONICS, INC.**

By its attorneys,

*/s/ Dawn Mertineit*
Dawn Mertineit (BBO No. 669988)
Dallin R. Wilson (BBO No. 676662)
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Fax: (617) 946-4801
dmertineit@seyfath.com
drwilson@seyfarth.com

Dated: May 22, 2026

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1</u>

I certify that on May 20, 2025, I conferred with Plaintiff's counsel via email regarding the relief sought in this motion. Plaintiff's counsel indicated that Plaintiff consented to Defendant's request.

Dated:   May 22, 2026               */s/ Dawn Mertineit*
                                        Dawn Mertineit

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.  I further certify that paper copies will be sent to those indicated as non-registered participants on the date below.

Dated: May 22, 2026               */s/ Dallin R. Wilson*
                                        Dallin R. Wilson

2