**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KIRK RAMEY,<br><br>                          Plaintiff,<br><br>v.<br><br>BETA BIONICS, INC.,<br><br>                          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-11904-ADB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), Attorney Anuj K. Khetarpal of Seyfarth Shaw LLP

respectfully enters his Notice of Appearance as attorney for Defendant Beta Bionics, Inc.

Dated:  July 2, 2026

BETA BIONICS, INC.,

By their attorneys,

*/s/ Anuj Khetarpal*
Dawn Mertineit (BBO No. 669988)
Jennifer A. Serafyn (BBO No. 653739)
Anuj Khetarpal (BBO No. 679163)
SEYFARTH SHAW LLP
Two Seaport Lane
Suite 1200
Boston, MA 02210
Email:  dmertineit@seyfarth.com
jserafyn@seyfarth.com
akhetarpal@seyfarth.com
Tel:  617-946-4800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to be registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 2, 2026.

*/s/ Anuj Khetarpal*
Anuj Khetarpal

326940894v.2