**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| KIRK RAMEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:25-cv-11904-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| BETA BIONICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATEMENT PURSUANT TO**
**FED. R. CIV. P. 26 AND LOCAL RULE 16.1**

Plaintiff, Kirk Ramey ("Ramey" or "Plaintiff"), and Defendant, Beta Bionics, Inc. ("Defendant"), hereby submit this joint statement in accordance with Fed. R. Civ. P. 16 and 26(f) and Local Rule 16.1. The parties have conferred as required by Local Rule 16.1 and submit the following joint statement:

**A. Proposed Timetable for Discovery and Motion Practice**

Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule 16.1(d)(1) and (2), the Parties propose the following discovery plan for the Court's consideration:

1. Initial Disclosures. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by July 15, 2026.

2. Fact Discovery - Interim Deadlines.

   a. All requests for production of documents and interrogatories must be served by September 18, 2026.

   b. All requests for admission must be served by October 30, 2026.

   c. All depositions, other than expert depositions, must be completed by January 11, 2027.

326831337v.2

3.    <u>Fact Discovery - Final Deadline</u>.  All discovery, other than expert discovery, must be completed by January 11, 2027.

4.    <u>Status Conference</u>.  A status conference will be held at the Court's convenience.

5.    <u>Expert Discovery</u>.

    a.    The plaintiff's trial experts must be designated, and information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by February 1, 2027.

    b.    The plaintiff's trial experts must be deposed by March 31, 2027.

    c.    The defendants' trial experts must be designated, and information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by March 1, 2027.

    d.    The defendants' trial experts must be deposed by April 30, 2027.

6.    <u>Dispositive Motions</u>.

    a.    Dispositive motions, such as motions for summary judgment and motions for judgment on the pleadings must be filed by June 30, 2027.

    b.    Oppositions to dispositive motions must be filed within 30 days after service of the motion.

7.    <u>Initial Pretrial Conference</u>.  To be determined by the Court.

**B.  Local Rule 16.1(d)(3) Certifications**

Pursuant to 16.1(d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, the parties and their respective counsel certify that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**C.  No Consent to Reassignment to Magistrate**

The Parties do not consent to reassignment of the case to a magistrate.

326831337v.2

## D. Settlement Proposals

Pursuant to Local Rule 16.1(c), Plaintiff has presented a settlement proposal to Defendant. The parties' settlement discussions are ongoing as of the time of this filing.

Finally, the parties state that they do not object to the Court setting a schedule on this submission.

Dated:  July 2, 2026

| KIRK RAMEY, | BETA BIONICS, INC., |
|---|---|
| By his attorneys, | By their attorneys, |
| */s/ Kevin T. Peters* | */s/ Jennifer A. Serafyn* |
| Kevin T. Peters | Dawn Mertineit (BBO No. 669988) |
| Fox Rothschild LLP | Jennifer A. Serafyn (BBO No. 653739) |
| 33 Arch Street | Anuj Khetarpal (BBO No. 679163) |
| Suite 3110 | SEYFARTH SHAW LLP |
| Boston, MA 02110 | Two Seaport Lane |
| 617-848-4017 | Suite 1200 |
| Email: kpeters@foxrothschild.com | Boston, MA 02210 |
| | Email:  dmertineit@seyfarth.com |
| | jserafyn@seyfarth.com |
| | akhetarpal@seyfarth.com |
| | Tel:  617-946-4800 |

/s/   *Kirk Ramey*                              (as to Local Rule 16.1(d)(3) certification)

Kirk Ramey

/s/ *Tom Sohn*                                  (as to Local Rule 16.1(d)(3) certification)

Tom Sohn, on behalf of Defendant

326831337v.2