**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| KIRK RAMEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 25-11904-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| BETA BIONICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Attorney Dallin R. Wilson as counsel for Defendant in this case. Attorney Wilson has left the firm. Attorneys Mertineit, Serafyn, and Khetarpal have entered appearances as counsel for Defendant and will continue to represent Beta Bionics, Inc. for all further proceedings in this case.

Dated:  July 2, 2026

BETA BIONICS, INC.,

By their attorneys,

*/s/ Jennifer A. Serafyn*
Dawn Mertineit (BBO No. 669988)
Jennifer A. Serafyn (BBO No. 653739)
Anuj Khetarpal (BBO No. 679163)
SEYFARTH SHAW LLP
Two Seaport Lane
Suite 1200
Boston, MA 02210
Email:  dmertineit@seyfarth.com
jserafyn@seyfarth.com
akhetarpal@seyfarth.com
Tel:  617-946-4800

326941503v.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to be registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 2, 2026.

*/s/ Jennifer A. Serafyn*
Jennifer A .Serafyn

2

326941503v.1